| Date | Pleading Number | |
|---|---|---|
| 10/17/75 | 1. | MOTION & SUPPORTING BRIEF -- of pltf. Joseph F. Smith w/Schedule of cases (A-1 thru A-6); Exhibit 1 and Proof of Service on attorneys involved and district courts. Also affidavit of Joseph F. Smith REQUESTED TRANSFEREE FORUM:  Middle District of North Carolina |
| 10.28.75 | | APPEARANCES -- C. B. Park, III, for American Barmag Corp. |
| | | A. O. Cooke for Arct, Inc. |
| | | G. W. Whitney for Akzona Incorporated |
| | | W. K. West, Jr. for Burlington Industries, Inc. and Macfield Texturing, Inc. |
| | | E. Love III for Scragg North America, Inc. |
| 10/30/75 | | APPEARANCE -- J. R. Harkavy for Joseph F. Smith |
| 10/31/75 | 2 | RESPONSE -- BURLINGTON INDUSTRIES AND MACFIELD TEXTURING w/cert. of service |
| 11/3/75 | 3 | RESPONSE -- AMERICAN BARMAG CORP. - w/cert. of service |
| 11/3/75 | 4 | RESPONSE -- AKZONA INC. w/cert of service |
| 11/11/75 | | HEARING ORDER -- Setting A-1 through A-6 for Hearing, December 12, 1975, Philadelphia, Penna. |
| 11/17/75 | 5 | REPLY BRIEF -- Joseph F. Smith, w/cert. of service |
| 12/9/75 | 6 | STATEMENT -- AMERICAN BARMAG CORP. w/cert. of service |
| 2/13/76 | | CONSENT OF TRANSFEREE COURT --for Judge Hiram H. Ward to handle litigation in the Middle District of North Carolina under 28 U.S.C. §1407 |
| 2/13/76 | | OPINION AND ORDER -- transferring A-1 through A-6 to the Middle District of North Carolina under 28 U.S.C. §1407 |

## Description of Litigation

IN RE JOSEPH F. SMITH PATENT LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s): 2/2/76

Date(s) of Opinion(s) or Order(s): _____

Consolidation Ordered: xx    Name of Transferee Judge: HIRAM H. WARD

Consolidation Denied: ___    Transferee District: MIDDLE DISTRICT OF NORTH CAROLINA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Joseph F. Smith v. American Barmag Corp., | W.D.N.C. | C-C-75-238 | 2/13/76 | C-76-88-G | | |
| A-2 | Joseph F. Smith v. Scragg North America, Inc. | W.D.N.C. | C-C-75-239 | 2/13/76 | C-76-89-G | 4/5/79 | |
| A-3 | Joseph F. Smith v. ARCT, Inc. | M.D.N.C. Ward | C-75-316-G | | | 6/21/79 | |
| A-4 | Joseph F. Smith v. Burlington Industries, Inc. | M.D.N.C. Ward | C-75-315-G | | | 6/21/79 | |
| A-5 | Joseph F. Smith v. Macfield Texturing, Inc. | M.D.N.C. Ward | C-75-317-G | | | 6/21/79 | |
| A-6 | Joseph F. Smith v. Akzona, Inc. | E.D.N.C. | 75-0026-CIV-8 | 2/13/76 | C-76-97-G | 6/21/79 | |

not verified - July 1979
July 1979 - 3 TR/3 X42/ DIS/ Closed

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 232   --   IN RE JOSEPH F. SMITH PATENT LITIGATION

| Plaintiff | Defendant |
|---|---|
| JOSEPH F. SMITH (A-1 Thru A-6)<br>Jonathan R. Harkavy, Esquire<br>Smith, Patterson, Follin, Curtis<br>    & James<br>704 Southeastern Building<br>Greensboro, North Carolina   27401 | AMERICAN BARMAG CORPORATION<br>Charles B. Park, III, Esquire<br>Parrott, Bell, Seltzer, Park<br>    & Gibson<br>1211 E. Morehead Street<br>Post Office Drawer 10337<br>Charlotte, North Carolina   28237<br><br>ARCT, INC.<br>Arthur O. Cooke, Esquire<br>Cooke & Cooke<br>628 Jefferson Standard Building<br>Post Office Box 187<br>Greensboro, North Carolina   27402<br><br>AKZONA, INCORPORATED<br>George W. Whitney, Esquire<br>Brumbaugh, Graves, Donohue<br>    & Raymond<br>30 Rockefeller Plaza<br>New York, New York   10020<br><br>BURLINGTON INDUSTRIES, INC.<br>MACFIELD TEXTURING CO., INC.<br>William K. West, Jr., Esquire<br>Cushman, Darby & Cushman<br>1801 K Street, N.W.<br>Washington, D.C.   20006<br><br>SCRAGG NORTH AMERICA, INC.<br>Edgar Love III, Esquire<br>Kennedy, Covington, Lobdell<br>    & Hickman<br>3300 NCNB Plaza<br>Charlotte, North Carolina   28280<br><br>DEFENDANTS LIAISON COUNSEL -- See Reverse |

p. _____

| Plaintiff | Defendant |
|---|---|
| | LIAISON COUNSEL FOR ALL DEFENDANTS<br>Appointed by J. Wards Order 4/28/76<br><br>C. T. Leonard, Jr., Esquire<br>Brooks, Pierce, McLendon<br>  Humphrey & Leonard<br>P.O. Drawer U<br>Greensboro, North Carolina |

JP Form 13

MDL-232 -- IN RE JOSEPH F. SMITH PATENT LITIGATION

| | |
|---|---|
| Joell T. Turner, Esq. ✓<br>Parroll, Bell, Seltzer,<br>   Park & Gibson<br>P.O. Drawer 10337<br>Charlotte, NC  28237<br><br>Arthur O. Cooke, Esq. ✓<br>P.O. Box 187<br>Greensboro, NC  27402 | George W. Whitney, Esq. ✓<br>Brumbaugh, Graves, etc.<br>30 Rockefeller Plaza<br>New York, NY  10020 |

William K. West, Jr., Esq.
Cushman, Darby & Cushman
1801 K Street, N.W.
Washington, D.C.  20006

Edgar LoveIII, Esquire
Kennedy, Civington, Lobdell
  & Hickman
3300 NCNB Plaza
Charlotte, No. Carolina  28280

Edgar Love III, Esq. ✓
Kennedy, Covington,
  Lobdell & Hickman
3300 NCNB Plaza
Charlotte, NC  28280

Jonathan R. Harkavy, Esq. ✓
Smith, Patterson, Follin,
  Curtis & James
704  Soitheastern Bldg.
Greensboro, NC  27401